STATE OF CONNECTICUT *v.* RONALD E. HALL

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 191 (AC 30081), is denied.

*Kevin Murray Smith,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided May 20, 2010

GEREMIA CHAPARRO *v.* COMMISSIONER OF CORRECTION

The petitioner Geremia Chaparro's petition for certification for appeal from the Appellate Court, 120 Conn. App. 41 (AC 30256), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Gennaro Bizzarro,* special public defender, in support of the petition.

*Michael Proto,* assistant state's attorney, in opposition.

Decided May 20, 2010